# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIUS BRADFORD,

    *Petitioner*,

vs.

RENEE BAKER, *et al.*,

    *Respondents.*

2:13-cv-01784-GMN-GWF

**ORDER**

Following upon the submissions filed by prior state post-conviction counsel and the Federal Public Defender,

**IT IS ORDERED** that petitioner's application (#3) to proceed *in forma pauperis* is **DENIED** with respect to payment of the filing fee and that petitioner shall pay the $5.00 filing fee within **thirty (30) days** of entry of this order. The pauper application otherwise establishes petitioner's financial eligibility for appointment of counsel.

**IT IS FURTHER ORDERED** that, the Court finding that the interests of justice require the appointment of counsel, and further subject to payment of the filing fee, the motions (## 2 & 15) for appointment of counsel are **GRANTED** and that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Megan C. Hoffman, Esq., appearing as petitioner's counsel of record.

**IT IS FURTHER ORDERED** that Ms. Hoffman hereby is SUBSTITUTED for Ms. Rasmussen as counsel of record on the docket sheet, with Ms. Rasmussen being terminated as counsel on the docket sheet by this order.

**IT IS FURTHER ORDERED** that petitioner shall have until up to and including **one hundred fifty (150) days** from entry of this order within which to file an amended petition and/or seek other appropriate relief. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal

limitation period and timely asserting claims. The Court will screen any amended petition filed prior to ordering a response.

**IT IS FURTHER ORDERED**, so that the respondents may be electronically served with any papers filed through counsel, that the Clerk shall add Attorney General Catherine Cortez Masto as counsel for respondents and shall make informal electronic service of this order upon respondents by directing a notice of electronic filing to her. Respondents' counsel shall enter a notice of appearance within **twenty-one (21) days** of entry of this order, but no further response shall be required from respondents until further order of this Court.

**IT IS FURTHER ORDERED** that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment**. The hard copy of any exhibits filed by either counsel shall be delivered -- for this case -- to the Clerk's Office in Las Vegas.**

The Clerk, in addition to the notices of electronic filing to Ms. Rasmussen, Ms. Hoffman, and the Attorney General, shall **SEND** a copy of this order to the CJRA Coordinator for this Division.

The Clerk further shall regenerate notices of electronic filing of all prior filings to the Attorney General and shall regenerate notices of electronic filing for ## 1-14 to Ms. Hoffman.

**DATED** this 3rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge