UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIUS BRADFORD,

    Petitioner,   2:13-cv-01784-GMN-GWF

vs.

**ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

    With good cause appearing, the Honorable Gloria M. Navarro, Chief Judge, recuses herself in this action. This action is referred to the Clerk of the Court for random reassignment.

    **IT IS SO ORDERED**.

    **DATED** this 15th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court