UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-GWF |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondent. | |

In this habeas corpus action, the petitioner, Julius Bradford, filed an amended habeas petition on August 12, 2014. ECF No. 22. Respondents' response to the amended petition is due on March 17, 2015. See Order, ECF No. 40.

On February 10, 2015, Bradford filed a Motion to Stay and Abey, ECF No. 41, requesting that this action be stayed pending completion of certain state-court litigation. Respondents filed an opposition to that motion on February 24, 2015. ECF No. 45. Bradford's reply in support of the motion for stay is due on March 6, 2015.

On February 24, 2015, respondents filed a motion for extension of time, ECF No. 44, requesting that their response to Bradford's amended petition be extended to a date 45 days after resolution of Bradford's motion for stay. The Court finds respondents' motion for extension of time to be meritorious. The resolution of the motion for stay will naturally have an impact on respondents' response to the amended petition, and, in fact, it appears to the Court that the resolution of the motion for stay could render respondents' response unnecessary. Therefore, in the interest of economy, the Court will grant respondents' motion, and will suspend their response to the amended petition pending the resolution of the motion for stay.

1   IT IS THEREFORE ORDERED that respondents' motion for extension of time, ECF No. 44, is GRANTED.  Respondents' response to the petitioner's amended petition for writ of habeas corpus, ECF No. 22, is suspended pending resolution of petitioner's motion for stay, ECF No. 41.  The Court will, if necessary, set a new deadline for respondents' response to the amended habeas petition after the motion for stay is resolved.

DATED this 10th day of March, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court