**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JULIUS BRADFORD,

    Petitioner,                                                                2:13-cv-01784-RFB-GWF

vs.

                                                       **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

       In this habeas corpus action, brought by Nevada prisoner Julius Bradford, the respondents were due to respond to Bradford's second amended habeas petition by March 14, 2017. *See* Order entered January 13, 2017 (ECF No. 66).

       On March 14, 2017, respondents filed a motion for an extension of time (ECF No. 68), requesting a 90-day extension of time. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. There is no indication that petitioner opposes the motion for extension of time.

       The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The court recognizes that this is a relatively complex habeas corpus action, with an extensive record; the court will grant the lengthy extension of time respondents request. However, given the length of this extension of time, *the court will not look favorably upon any motion to further extend this deadline*.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 68) is **GRANTED**. Respondents shall have until **June 12, 2017**, to answer or otherwise respond to the second amended habeas corpus petition in this action.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 13, 2017 (ECF No. 66) shall remain in effect.

Dated this 16th day of March, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE