# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIUS BRADFORD,

    Petitioner,                                                           2:13-cv-01784-RFB-GWF

vs.                                                                       **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

In this habeas corpus action, brought by Nevada prisoner Julius Bradford, the respondents were due, after an extension of time, to respond to Bradford's second amended habeas petition by June 12, 2017. *See* Order entered January 13, 2017 (ECF No. 66); Order entered March 16, 2017 (ECF No. 69).

On June 12, 2017, respondents filed a motion for an extension of time (ECF No. 71), requesting a further extension of time, of 70 days. Respondents' counsel states that the extension of time is necessary because of a change of the attorney representing the respondents. The petitioner does not oppose the motion for extension of time.

The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The court recognizes that this is a relatively complex habeas corpus action, with an extensive record, and the court notes that there has been a change in counsel representing respondents. The court will,

therefore, grant a second lengthy extension of time for respondents to respond to the second amended petition. The court will extend that deadline by 91 days, to September 11, 2017. However, given the length of this extension of time, and the previous extension, *the court will not be inclined to further extend this deadline.*

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 71) is **GRANTED**. Respondents shall have until **September 11, 2017**, to answer or otherwise respond to the second amended habeas corpus petition in this action.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 13, 2017 (ECF No. 66) shall remain in effect.

Dated this 15th day of June, 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE