# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JULIUS BRADFORD,

    Petitioner,

vs.

TIMOTHY FILSON, *et al.*,

    Respondents.

2:13-cv-01784-RFB-GWF

**ORDER**

In this habeas corpus action, brought by Nevada prisoner Julius Bradford, the respondents filed a motion to dismiss on September 11, 2017 (ECF No. 73). Bradford filed an opposition to the motion to dismiss on November 27, 2017 (ECF No. 76). And, on November 27, 2017, Bradford also filed a motion for an evidentiary hearing (ECF No. 77).

After a 30-day extension of time, respondents' reply in support of their motion to dismiss, and their response to the motion for evidentiary hearing, are due on January 26, 2018. *See* Order entered January 13, 2017 (ECF No. 66); Order entered December 28, 2017 (ECF No. 80). On December 11, 2017, respondents filed a motion for extension of time (ECF No. 81), requesting an extension of time to February 8, 2018. That would be a 13-day extension of time (not 10 days, as respondents characterize it). Respondents' counsel states that she needs this further extension of time because of time she will be away from her office. Bradford does not oppose the motion for

extension of time.  The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 81) is **GRANTED**.  Respondents will have until **February 8, 2018**, to file their reply in support of their motion to dismiss, and their response to petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 13, 2017 (ECF No. 66) shall remain in effect.

DATED this 18th day of January, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE