1   ADAM PAUL LAXALT
     Attorney General
2   Heidi Parry Stern (Bar. No. 8873)
     Chief Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 E. Washington Ave., #3900
    Las Vegas, NV 89101-1068
5   (702) 486-3594 (phone)
    (702) 486-2377 (fax)
6   hstern@ag.nv.gov

7   Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>vs.<br><br>TIMOTHY FILSON, et al.<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(ECF NO. 67)**<br><br>**(FIRST REQUEST)** |

     Respondents hereby request an extension of time of 60 days, up to and including September 10, 2018, within which to file their answer to Petitioner Julius Bradford's Second Amended Petition for Writ of Habeas Corpus. ECF No. 67. The current due date to file the answer is July 11, 2018. This motion is supported by the attached declaration of undersigned counsel.

     Respectfully submitted: July 2, 2018.

                                  ADAM PAUL LAXALT
                                  Attorney General

                                  By: /s/ Heidi Parry Stern
                                      Heidi Parry Stern
                                      Chief Deputy Attorney General

# **DECLARATION OF HEIDI PARRY STERN**

STATE OF NEVADA )
                    ) ss:
COUNTY OF CLARK )

I, HEIDI PARRY STERN, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada, and employed as a Chief Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Julius Bradford v. Timothy Filson, et al.*, 2:13-cv-01784-RFB-GWF, and as such, have personal knowledge of the matters contained herein.

2. This extension is necessary due to the retirement of an attorney in our office, as well as my absence from the office prior to and after the due date of Respondents' Answer to the Second Amended Petition for Writ of Habeas Corpus.

3. The answer is currently due to be filed on July 11, 2018.

4. Respondents request 60 days to file their answer, up to and including September 10, 2018.

5. I have contacted opposing counsel, and he has no objection to this request for extension.

6. This is Respondents' first motion for extension of time to file their answer to the Second Amended Petition for Writ of Habeas Corpus.

7. This motion for extension of time is made in good faith and not for the purpose of delay.

DATED: this 2nd day of July, 2018

                                          /s/ Heidi Parry Stern
                                          HEIDI PARRY STERN
                                          Chief Deputy Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of July, 2018.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Extension of Time to File Answer to Second Amended Petition for Writ of Habeas Corpus (ECF No. 67) (First Request)* with the Clerk of the Court by using the CM/ECF system on July 2, 2018.

The following participants in this case are registered electronic filing systems users and will be served electronically:

Jeremy Baron
Office of the Federal Public Defender
411 East Bonneville Ave., Suite 250
Las Vegas, NV 89101
Jeremy_baron@fd. org

          /s/ R. Carreau
An employee of the Office of the Attorney General