UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>　　　　Petitioner,<br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　Respondents. | Case No. 2:13-cv-01784-RFB-GWF<br><br>ORDER |

In this habeas corpus action, after one 60-day extension of time, the Respondents were due to file an answer by September 10, 2018. *See* Order entered July 5, 2018 (ECF No. 90).

On September 10, 2018, Respondents filed a motion for an extension of time (ECF No. 91), requesting a second 60-day extension of time, which would make the answer due on November 9, 2018. Respondents' counsel states that the extension of time is necessary because of her obligations in another case, and because of time away from her work for medical reasons. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

1    The Court will grant the motion for extension of time. However, in light of the amount of time Respondents will have had to file their answer (about six months), the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 91) is **GRANTED**. Respondents will have until November 9, 2018, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 13, 2017 (ECF No. 66) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere for Timothy Filson, on the docket for this case, as the respondent warden.

DATED this 11th day of September, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE