UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-GWF<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME** |

In this habeas corpus action, after two 60-day extensions of time and a 90-day extension of time, the respondents were due to file their answer by February 7, 2019. *See* Order entered July 5, 2018 (ECF No. 90); Order entered September 11, 2018 (ECF No. 92); Order entered November 14, 2018 (ECF No. 94).

On February 5, 2019, the respondents filed a motion for extension of time (ECF No. 96), requesting yet another 46 days to file their answer. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, because of time away from her office, and because she was only recently assigned to handle this case. Motion for Extension of Time (ECF No. 96), pp. 2-3. Respondents' counsel states that the petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' request for a further 46-day extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 96) is **GRANTED**. Respondents will have until **March 25, 2019**, to file their answer. **Further extensions of time will not be granted absent extraordinary circumstances.**

1

1     **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 13, 2017 (ECF No. 66) will remain in effect.

    DATED this 5th day of February, 2019.

                                                                       _____
                                                                         RICHARD F. BOULWARE, II
                                                                         UNITED STATES DISTRICT JUDGE