# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

On May 27, 2020, the Court granted in part Petitioner Julius Bradford's Motion for Evidentiary Hearing. (ECF Nos. 117, 124). The Court scheduled an evidentiary hearing on Ground 2 of Bradford's Second Amended Petition for Writ of Habeas Corpus for August 4, 2020. The parties filed a joint proposed prehearing scheduling order on June 24, 2020 in accordance with the Court's order. (ECF No. 126).

Also on June 24, 2020, the parties jointly filed a Motion for Extension of Time requesting that the evidentiary hearing be continued primarily due to difficulties and delay caused by the COVID-19 global pandemic, as to Bradford's counsel's need to meet with him and regarding the logistics of the evidentiary hearing.(ECF No. 127). The Court determines that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

**IT IS THEREFORE ORDERED** that the Joint Motion to Continue Evidentiary Hearing (ECF No. 127) is **GRANTED**. The evidentiary hearing is continued, to begin on **October 21, 2020, at 9: 30 a.m.**, by videoconference, at the Las Vegas courtroom of the undersigned United States District Judge (Courtroom 7C).

DATED this 8th day of July, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE