Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 145709
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org
amelia_bizzaro@fd.org

*Lead attorney for Petitioner Julius Bradford

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julius Bradford,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, et al.,<br><br>　　　　Respondents.[1] | Case No. 2:13-cv-01784-RFB-EJY<br><br>Order to Produce for VideoConference Julius Bradford #81604 |

　　To:　Monica Navarro, Nevada Department of Corrections; and
　　To:　Calvin Johnson, High Desert State Prison, Indian Springs, NV

　　The Court hereby finds that **Julius Bradford, #81604,** is presently in custody of the Nevada Department of Corrections, at High Desert State Prison, Indian Springs, Nevada.

---

[1] Calvin Johnson, the warden of High Desert State Prison, is automatically substituted for William Gittere under Federal Rule of Civil Procedure 25.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **Julius Bradford, #81604,** for a videoconference evidentiary hearing via Zoom technology, on or about **Monday, February 8, 2021, at the hour of 9:00 a.m.,** to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court, until **Julius Bradford, #81604,** is released and discharged by the Court; and that **Julius Bradford, #81604,** shall thereafter be returned to the custody of the Warden, High Desert State Prisons, Indian Springs, NV, under safe and secure conduct.

DATED this 29th day of January, 2021.

**RICHARD F. BOULWARE, II**
**United States District Judge**

Submitted by:

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender