Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 145709
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org
amelia_bizzaro@fd.org

*Lead attorney for Petitioner Julius Bradford

# United States District Court
## District of Nevada

Julius Bradford,

    Petitioner,

  v.

Calvin Johnson, et al.,

    Respondents.

Case No. 2:13-cv-01784-RFB-EJY

[~~Proposed~~] Order to Produce for VideoConference Julius Bradford #81604

To:    Calvin Johnson, Warden, High Desert State Prison, Indian Springs, NV

The Court hereby finds that **Julius Bradford, #81604,** is presently in custody of the Nevada Department of Corrections, at High Desert State Prison, Indian Springs, Nevada.

**It is ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **Julius Bradford, #81604,** for a videoconference evidentiary hearing via Zoom technology, on or about **Friday, June 11, 2021, at the**

**hour of 9:00 a.m.,** to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court, until **Julius Bradford, #81604,** is released and discharged by the Court; and that **Julius Bradford, #81604,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

Dated this 19th day of May, 2021.



**RICHARD F. BOULWARE, II**
**United States District Judge**

Submitted by:

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender