UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, et al.,L, *et al*,<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE FOR JULIUS BRADFORD, #81604** |

TO:   JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **JULIUS BRADFORD, #81604**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Associate Warden of High Desert State Prison, or his designee, shall arrange for and produce **JULIUS BRADFORD, #81604,** on or about January 9, 2023, at the hour of 8:15 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until **JULIUS BRADFORD, #81604,** is released and discharged by the said Court; and that **JULIUS BRADFORD, #81604,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 22th day of December, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**