UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS BRADFORD,<br>　　Petitioner,<br>　　v.<br>CALVIN JOHNSON, *et al.*,<br>　　Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>ORDER |

In this habeas corpus action, Petitioner Julius Bradford, who now appears *pro se*, was due on March 21, 2023, to file a third amended habeas petition. See ECF No. 203. On March 20, 2023, Bradford filed a motion for extension of time (ECF No. 204), requesting a 62-day extension of time, to May 22, 2023, to file his third amended petition (May 20 is a Saturday). Bradford states that he needs the extension of time because his time in the prison law library has been limited and because he is awaiting information related to a particular claim. The Court determines that Bradford's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

On April 3, 2023, apparently believing his March 20 motion for extension of time was not electronically transmitted to the Court in the usual manner, Bradford resubmitted the motion for extension of time, by mail, along with a motion for leave to file the motion for extension of time. ECF No. 205. Bradford's motion for extension of time (ECF No. 204) was in fact filed on March 20, 2023; therefore, the motion for leave to file (ECF No. 205) is unnecessary and moot, and it will be denied on those grounds.

///

///

1

1       **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 204) is **GRANTED**. Petitioner will have until and including May 22, 2023, to file his third amended petition for writ of habeas corpus.

      **IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Attached Document (ECF No. 205) is **DENIED,** as it is unnecessary and moot.

      DATED THIS 5th day of April, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE