UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

In this habeas corpus action, <u>pro se</u> Petitioner Julius Bradford was due on May 22, 2023, to file a third amended habeas petition. <u>See</u> ECF Nos. 203, 206. On May 19, 2023, Bradford filed a motion for extension of time, ECF No. 207, requesting a further 60-day extension of time, to July 21, 2023, to file his third amended petition. Bradford apparently needs this extension of time because his time in the prison law library is limited and because he is awaiting information related to certain claims. Bradford states that he "fully intend[s] to have the amended petition filed with this Court on or before the requested extended date of July 21, 2023 . . . ." ECF No. 207 at 2. The Court determines that Bradford's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests. The Court will grant the motion for extension of time.

In his motion, Bradford also requests leave of court to include in his third amended habeas petition more than the two extra pages generally allowed by the form petition. The Court will grant Bradford's request in this regard.

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 207) is **GRANTED**. Petitioner will have until and including **July 21, 2023**, to file his third amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that Petitioner is granted leave of court to include in his third amended habeas petition more than the two extra pages generally allowed by the form habeas petition.

DATED THIS 22nd day of May, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE