# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>  Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>  Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, pro se Petitioner Julius Bradford was due on July 21, 2023, to file a third amended habeas petition. See ECF Nos. 203, 206, 208. On July 19, 2023, Bradford filed a motion for extension of time, requesting an extension of time to August 10, 2023, to file his third amended petition. ECF No. 209. Bradford did not, however, file his third amended petition by that date, and he has yet to file it. The Court will extend the time for the third amended petition to 30 days from the date of entry of this order.

On July 19, 2023, Bradford also filed a motion requesting leave of court to file his third amended habeas petition and any appendices to it by mail. ECF No. 210. Respondents did not respond to that motion. On August 17, 2023, Bradford filed a set of exhibits in support of his third amended petition. ECF No. 211.

On August 22, 2023, Respondents filed a motion to strike (ECF No. 212), requesting that the exhibits Bradford filed on August 17, 2023, be stricken from the record. Respondents point out that Bradford did not include an index, filed duplicate exhibits, failed to redact portions of exhibits, filed illegible exhibits, and filed a one-volume appendix of 571 pages. Bradford filed an opposition to that motion on September 7, 2023. ECF No. 213. Respondents filed a reply. ECF No. 215. The Court will deny the motion to strike, will accept Bradford's exhibits as filed (without any comment regarding the admissibility of any of those exhibits in support of

1

Bradford's third amended petition). If Respondents wish for specific changes to be made regarding the filing of specific exhibits within the set (for example, redactions), Respondents may move for such.

On September 7, 2023, Bradford also filed a "Motion for Leave to Forego Document 'E-File" Requirement." ECF No. 214. In this motion, Bradford asked for leave of court to file his opposition to Respondents' motion to strike by mail, instead of filing it electronically.

And, on September 22, 2023, Bradford filed a motion requesting leave of court to file by mail an index of his exhibits. ECF No. 216. His index of exhibits is attached to the motion. Respondents filed a limited non-opposition to that motion on October 6, 2023. ECF No. 217.

Under the circumstances—in view of Bradford's representations regarding the difficulty he has had filing documents electronically from High Desert State Prison—the Court will grant Bradford's three motions for leave to file documents by mail. See ECF Nos. 210, 214, 216. This includes his third amended petition (which the Court has yet to receive); Bradford may file his third amended petition by mail. However, the Court is unaware of any prison-wide problem with the system at High Desert State Prison for electronic filing of documents by prisoner litigants. Bradford will be expected to file documents electronically going forward.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 209) is **GRANTED**. Petitioner will have 30 days from the date of entry of this order to file his third amended petition for writ of habeas corpus. The Court will not look favorably upon any motion to further extend this deadline.

**IT IS FURTHER ORDERED** that Respondents' motion to strike (ECF No. 212) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motions requesting leave to file by mail (ECF Nos. 210, 214, 216) are **GRANTED**.

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 26th day of October, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE