UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIUS BRADFORD,

    Petitioner,

    v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 2:13-cv-01784-RFB-EJY

ORDER

    In this habeas corpus action the pro se petitioner, Julius Bradford, filed a third amended habeas petition on April 2, 2024. ECF No. 227. Respondents were due to file a response to the third amended petition by July 9, 2024. See ECF No. 229.

    On July 9, 2024, Respondents filed a motion for extension of time (ECF No. 230) requesting a 45-day extension, to August 23, 2024. Respondents' counsel states that the extension of time is necessary because of illness. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time they request.

    It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 230) is granted. Respondents will have until and including August 23, 2024, to file their response to Petitioner's third amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 11, 2024 (ECF No. 229) will remain in effect.

    DATED THIS <u>10th</u> day of <u>     July     </u>, 2024.

<br>

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE