UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>ORDER |

In this habeas corpus action the *pro se* petitioner, Julius Bradford, filed a third amended habeas petition on April 2, 2024. ECF No. 227. Respondents were due to file a response to the third amended petition by September 23, 2024. See ECF Nos. 229, 231, 234.

On August 23, 2024, Respondents filed a motion for extension of time (ECF No. 235) requesting a 60-day extension, to November 22, 2024. Respondents' counsel states that the extension of time is necessary because of the complexity of this case and their obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 235) is granted. Respondents will have until and including November 22, 2024, to file their response to Petitioner's third amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 11, 2024 (ECF No. 229) will remain in effect.

DATED THIS 25th day of September, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE