UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>ORDER |

    In this habeas corpus action, the *pro se* petitioner, Julius Bradford, filed a third amended habeas petition on April 2, 2024. ECF No. 227. Respondents were due to file a response to Bradford's third amended petition by November 22, 2024. See ECF Nos. 229, 231, 234, 236. On November 25, Respondents filed a motion for extension of time (ECF No. 237), requesting an extension to December 2. On December 2, Respondents filed a motion to dismiss within the time contemplated in the motion for extension of time. ECF No. 238.

    In their motion for extension of time, Respondents' counsel states that they filed the motion after the due date to be extended because of computer problems, and that the extension of time is necessary to effectively represent Respondents' interests. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the motion for extension of time.

    Bradford's response to the motion to dismiss will be due on January 31, 2025. See Scheduling Order, ECF No. 229 (60 days for response to motion to dismiss).

///
///
///
///
///
///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 237) is granted. Respondents' motion to dismiss will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 11, 2024 (ECF No. 229) will remain in effect (Petitioner's response to the motion to dismiss will be due January 31, 2025).

**DATED:** December 4, 2024



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**