**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Respondents were to file an amended motion to dismiss by April 28, 2025. See ECF No. 242. On that date, Respondents filed a Motion (ECF No. 243) requesting a one-week extension, to May 5, 2025. ECF No. 243. On May 5, Respondents filed their amended motion to dismiss. ECF No. 244.

In their motion for extension of time, Respondents' counsel states that the extension of time was necessary to effectively represent Respondents' interests. The Court finds that the motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

1

Therefore, **IT IS ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 243) is **GRANTED** *nunc pro tunc*. Respondents' Amended Motion to Dismiss will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the scheduling Order entered April 11, 2024 (ECF No. 229) will remain in effect. Petitioner's response to the Amended Motion to Dismiss is due on or before July 1, 2025.

**DATED**: May 5, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**