# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS BRADFORD,<br><br>        Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>        Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, Respondents filed an amended motion to dismiss on May 2, 2025. ECF No. 244. The deadline for *pro se* Petitioner Julius Bradford's response was July 1, 2025. See ECF No. 229 (60 days for response to motion to dismiss). On July 7, 2025, Bradford filed a motion for extension of time, requesting that the deadline for his response to the motion to dismiss be extended to July 17, 2025. ECF No. 246. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

Therefore, **IT IS ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 246) is **GRANTED** *nunc pro tunc*. Petitioner's response to the (ECF No. 244) amended motion to dismiss is due on or before **July 17, 2025**. In all other respects, the schedule for further proceedings set forth in the scheduling order entered April 11, 2024 (ECF No. 229) remains in effect.

**DATED**: July 14, 2025.

                                                             **RICHARD F. BOULWARE, II**
                                                             **UNITED STATES DISTRICT JUDGE**