# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, the respondents filed an amended motion to dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford was originally due to respond to that motion by July 1, 2025. See ECF No. 229 (60 days for response). The deadline was extended, on a motion by Mr. Bradford, to July 17, 2025. ECF No. 247. On July 17, Mr. Bradford signed and mailed to the Court for filing another motion for extension of time, requesting that the deadline be extended to July 27, 2025. ECF No. 248. And on July 27, 2025, Mr. Bradford signed and mailed to the Court for filing and additional motion for extension of time, requesting that the deadline be extended to August 5. ECF No. 249. That date has now passed with no response to the Motion to Dismiss by Mr. Bradford.

The Court will *sua sponte* extend this deadline an additional 60 days, *nunc pro tunc*. If Mr. Bradford does not file either an additional motion for extension of the deadline or response to the amended motion to dismiss in the time allowed by this Order, the Court will rule on the motion without a response from Mr. Bradford.

**IT IS THEREFORE ORDERED** that Petitioner will have **60 days** from the date of entry of this Order to file a response to the amended motion to dismiss. In all other respects, the

1

schedule for further proceedings set forth in the scheduling order entered April 11, 2024 (ECF No. 229) will remain in effect.

**IT IS FURTHER ORDERED** that Petitioner's motions for extension of time filed on July 24 and August 4, 2025 (ECF Nos. 248 and 249) are **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Mr. Bradford a courtesy copy of this Order.

**DATED**: August 25, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2