**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed an amended motion to dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford was due to respond to that motion by October 27, 2025. See ECF No. 250. On October 27, Bradford filed a motion for extension of time, requesting a three-day extension. ECF No. 252. Then, on October 28, Bradford filed an opposition to the motion to dismiss. ECF No. 253. The Court finds that Bradford's motion for this extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause to grant the extension he requested. The Court will treat his opposition to the motion to dismiss as timely filed.

In his October 27 motion for extension of time, Bradford also requested a 14-day extension of time to file a motion for evidentiary hearing (which, under the scheduling order in the case (ECF No. 229) was due at the same time as the response to the motion to dismiss). ECF No. 252. The Court finds that Bradford's motion for this extension of time, as well, was made in good faith and not solely for the purpose of delay, and that there is good cause to grant the extension. The Court will extend to November 21 the time for Bradford to file a motion for evidentiary hearing.

In light of the above, the Court will *sua sponte* extend the time for Respondents to file a reply in support of their motion to dismiss and a response to the anticipated motion for evidentiary hearing until 30 days following the filing of a motion for evidentiary hearing. Bradford will then have 30 days to file a reply in support of his motion for evidentiary hearing.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 252 is **GRANTED** *nunc pro tunc*. Petitioner's opposition to Respondents' motion to dismiss will be treated as timely filed. Petitioner will have until and including **November 21, 2025,** to file a motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that Respondents will have 30 days following the filing of Petitioner's motion for evidentiary hearing to file a reply in support of their motion to dismiss and a response to the motion for evidentiary hearing. Petitioner will then have 30 days to file a reply in support of his motion for evidentiary hearing.

**DATED**: November 3, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**