UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:13-cv-01784-RFB-EJY<br><br>**ORDER** |

In this habeas corpus action, Respondents filed an amended motion to dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford filed an opposition to that motion on October 28, 2025. ECF No. 253. Bradford was then to file a related motion for evidentiary hearing by November 21, 2025. ECF No. 254. On December 4, 2025, Bradford filed a motion for extension of that deadline. ECF No. 255. Respondents filed an opposition to that motion for extension of time, and Bradford replied. ECF Nos. 256, 258. On December 11, 2025, Bradford filed his motion for evidentiary hearing. ECF No. 257. Good cause appearing, the Court will grant Bradford's motion for extension of time and treat his motion for evidentiary hearing as timely filed. Respondents now have until January 12, 2026, to file a reply to Bradford's opposition to their motion to dismiss and a response to Bradford's motion for evidentiary hearing. See ECF No. 254.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 255) is **GRANTED** *nunc pro tunc*. Petitioner's motion for evidentiary hearing (ECF No. 257) will be treated as timely filed.

**DATED:** December 15, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**