**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed an amended motion to dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford filed an opposition to that motion on October 28, 2025. ECF No. 253. Bradford filed a related motion for evidentiary hearing on December 11, 2025. ECF No. 257. Respondents then had until January 12, 2026 to file a reply to Bradford's opposition to their motion to dismiss and a response to Bradford's motion for evidentiary hearing. ECF No. 259.

On January 12, Respondents filed a motion for extension of time, requesting a 45-day extension, to February 26, 2026. ECF No. 260. Respondents' counsel states that the extension is necessary because of their obligations in other cases. On January 21, 2026, Bradford filed a notice stating that he does not oppose the extension of time. ECF No. 261. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 260) is **GRANTED** *nunc pro tunc*. Respondents' reply to Bradford's opposition to their motion to dismiss and response to Bradford's motion for evidentiary hearing will be due **February 26, 2026**. Petitioner will then have 30 days to file a reply in support of his motion for evidentiary hearing. See ECF No. 254.

**DATED**: February 10, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**