**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed an Amended Motion to Dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford filed his Opposition to that motion on October 28, 2025. ECF No. 253. Bradford filed a related Motion for Evidentiary Hearing on December 11, 2025. ECF No. 257. After a 30-day initial period and a 45-day extension, Respondents were to file a reply in support of their Amended Motion to Dismiss and a response to Bradford's Motion for Evidentiary Hearing by February 26, 2026. ECF Nos. 254, 262.

On February 25, 2026, Respondents filed the instant Motion for Enlargement of Time, requesting a further 32-day extension, to March 30, 2026. ECF No. 263. Respondents' counsel states that the extension is necessary because of their obligations in other cases. See id. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 263) is **GRANTED** *nunc pro tunc*. Respondents' reply in support of their (ECF No. 244) Amended Motion to Dismiss and response to Bradford's Motion for Evidentiary Hearing is due on or before **March 30, 2026**. Petitioner will then have 30 days to file a reply in support of his motion for evidentiary hearing. See ECF No. 254.

**DATED**: March 2, 2026.

                                       _____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**