# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS BRADFORD, | Case No. 2:13-cv-01784-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed an Amended Motion to Dismiss on May 2, 2025. ECF No. 244. *Pro se* Petitioner Julius Bradford filed an Opposition to that motion on October 28, 2025. ECF No. 253. Bradford filed a related Motion for Evidentiary Hearing on December 11, 2025. ECF No. 257. Respondents were to file a reply in support of their Amended Motion to Dismiss and a response to Bradford's Motion for Evidentiary Hearing by March 30, 2026. ECF Nos. 254, 262, 264. On March 30, 2026, Respondents filed a Motion for Enlargement of Time, requesting a 14-day extension, to April 13, 2026. ECF No. 265. On April 13, 2026, Respondents filed their reply in support of their Amended Motion to Dismiss and their response to Bradford's Motion for Evidentiary Hearing, as contemplated in their Motion for Enlargement of Time. ECF Nos. 266, 267.

Respondents' counsel states that the extension of time was necessary because of their obligations in other cases. See ECF No. 265. The Court finds that Respondents' Motion for Enlargement of Time was made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension. The Motion for Enlargement of Time will be granted, and Respondents' April 13, 2026 filings will be treated as timely. Bradford's reply in

support of his Motion for Evidentiary Hearing will be due on May 13, 2026. See ECF Nos. 254, 264 (30 days for reply).

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 265) is **GRANTED** *nunc pro tunc*. Respondents' reply in support of their Amended Motion to Dismiss and Respondents' response to Bradford's Motion for Evidentiary Hearing (ECF Nos. 266, 267) will be treated as timely filed. Petitioner has until May 13, 2026, to file his reply in support of his Motion for Evidentiary Hearing. See ECF No. 254.

**DATED**: April 15, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2